THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK C. SCHLITT, Respondent, *v.* WILLIAM A. ADAMS, as Warden of Tombs Prison, Defendant, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Submitted September 30, 1937; decided October 19, 1937.

*William Copeland Dodge,* District Attorney (*Erwin N. Schapira* of counsel), for appellant.

*Norbert Ruttenberg* and *Nathan Siegel, Jr.,* for respondent.

Order of Appellate Division and that of the Special Term reversed, the writ dismissed and relator remanded to custody on the ground that there was sufficient evidence to give the magistrate jurisdiction. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.